1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF VIRGINIA

3                  (Alexandria Division)

4    --------------------------------x

5    HADRON INDUSTRIES, INC., et al.,:

6                    Plaintiffs,    :

7        v.                         :   Case No.:

8    TRIANGLE EXPERIENCE GROUP,     :   1:19-cv-00035

9    INC., et al.,                  :   -LO-MSN

10                   Defendants.    :

11   --------------------------------x

12

13        Deposition of HADRON INDUSTRIES, INC.

14        By and through its Corporate Designee

15                  KLEE DIENES

16               Arlington, Virginia

17           Wednesday, December 18, 2019

18                  9:03 a.m.

19

20   Job No.: 277632

21   Pages: 1 - 400

22   Reported by: Judith E. Bellinger, RPR, CRR

23

24

25

1          (AAI Exhibit 1 previously marked for

2    identification and attached to the transcript.)

3         A    (The witness complies.)

4         Q    These are Hadron's answers to AAI's

5    interrogatories, and I'm specifically going to ask

6    you to turn to the answer to Interrogatory No. 6,

7    which begins on page 5, and asks Hadron to

8    identify oral communications between Hadron

9    related to the -- what Hadron is calling the

10   end-of-year contract, and then if you turn to

11   page 8, which is a continuation of that same

12   answer, sir.

13        A    Yes.  I see the --

14        Q    Look at paragraph 31.  It says, "On

15   July 1st, 2014, Clare informs Dienes by phone that

16   A2I selected the PAR/AAI team for the EOY

17   contract.  Dienes was in Virginia during this

18   phone call."

19             Do you see that there?

20        A    I do.

21        Q    Is it July 1st when you learned of this

22   information from Mr. Clare?

23        A    Apparently so, yes.

24        Q    Okay.  And July 1st, do you have an

25   understanding, was before the contract had

1  read it to you, and I'm happy to show you the

2  Complaint.  In fact, let's do that.

3          A     Thank you.

4              (AAI Exhibit 29 marked for

5  identification and attached to the transcript.)

6      Q    Mr. Dienes, I'm handing you what we've

7  marked as AAI Exhibit 29.  It is, I will represent

8  to you, the first Amended Complaint that was filed

9  in this case in March of 2019.  If you can please

10 turn to paragraph 28 and read that to yourself,

11 please.

12         A     I've read it.

13     Q    Okay.  It starts off saying, "As the

14 systems integrator of ACES," and I just want to

15 focus on that portion of the phrase right now.

16             Who designated Hadron as the systems

17 integrator of ACES?

18         A     That would have been a number of

19 people.  Specifically, though, the decision-making

20 authority would have been Colonel Mattey.

21     Q    Okay.  It continues in paragraph 28,

22 "And in connection with its SBIR contracts, Hadron

23 was to deliver and install a Praxis-based six-axis

24 gestural control system, a six-display immersive

25 video environment, and a Photon-based window

Klee Dienes
December 18, 2019                                          42

1    control system in a facility that could be easily

2    accessed by government personnel."

3              Did I read that correctly?

4         A    I believe so, yes.

5         Q    Okay.  Under what contracts was Hadron

6    to deliver and install that Praxis and Photon

7    system that's referenced there?

8         A    What I believe we are calling the

9    Wright-Patterson Phase III contract.

10        Q    Is that the contract that was executed

11   at the end of July of 2014?

12        A    Yes.

13        Q    That would have been after ALQIMI and

14   PAR were awarded the Statement of Work under the

15   ACES-OE task order?

16        A    It would have been close to it.  If you

17   know it to be after, then I would certainly accept

18   that representation.

19        Q    Okay.  If documents would reflect that

20   the award to PAR and ALQIMI was July 21st, you

21   would agree, then, that the Phase III SBIR that

22   you're referencing here in paragraph 28 would have

23   been after?

24        A    I think it would be hard to deny that

25   July 29th is after July 21st.

Klee Dienes
December 18, 2019

43

```
 1        Q      What was the total value of that
 2   Phase III SBIR that was awarded to Hadron at the
 3   end of July 2014?
 4        A      Are you referring to the ceiling or the
 5   initially allocated funding?
 6        Q      Both.
 7        A      I believe the ceiling was approximately
 8   $6 million.  And the initial task order was
 9   $2.1 million with, I believe, 1.8 million funded.
10        Q      I didn't hear the end of that.
11        A      I believe with 1.8 million of that, I
12   believe, was initially funded.
13        Q      I'm not a government contracts person.
14   So what's the difference between the initial task
15   order was 2.1 but with 1.8 funded?
16        A      My understanding is that the government
17   can issue a contract with a negotiated set of
18   deliverables and pricing or price structure and
19   can then allocate partial funding, which is enough
20   to begin performance or complete a subset of the
21   tasks, pending follow-on funding becoming
22   available.
23        Q      And that was the 1.8 piece of it?
24        A      I believe so, yes.
25        Q      How much did Hadron ultimately receive?
```

Klee Dienes
December 18, 2019                                    44

1    Or how much was Hadron ultimately paid under the

2    Phase III SBIR?

3          A     I believe the -- approximately

4    2.1 million.

5          Q     And again, I'm not a government

6    contracts person.  I've seen references to a firm

7    fixed-price contract or a time-and-materials

8    contract.  Do you know what kind of contract the

9    Phase III SBIR was?

10         A     It was cost plus fixed fee.

11         Q     Can you explain that to me as a

12   layperson, what that means?

13         A     Yes.  It means that the government

14   reimbursement is based on the contractor's total

15   costs that can be allocated to the given project.

16   And in addition to that, a fee for performance

17   under the contract that is typically in the

18   vicinity of 5 to 6 percent that is negotiated and

19   agreed to in advance and does not vary based on

20   the total cost of the contract.

21         Q     So the fixed fee portion is the 5 to

22   6 percent?

23         A     That's correct.

24         Q     And the cost is your costs that you

25   accrue and that you submit and that are approved

Klee Dienes
December 18, 2019                                                 64

```
 1        A    No.

 2        Q    Why not?

 3        A    I don't believe it would have been

 4   effective.

 5        Q    Did Hadron attempt to pursue payment

 6   from the government for any of its work between

 7   January and July 31st of 2014?

 8        A    No.

 9        Q    Let me ask a couple more questions, and

10   then we can take a break.

11             MR. FINN:  Sure.

12             MR. MACHADO:  We've been going a little

13   over an hour.

14        Q    Was Hadron required to submit activity

15   reports under its Phase III SBIR?

16        A    Yes.

17        Q    To whom?

18        A    I don't recall with certainty.  I would

19   predict that it would have been Brian Donnelly or

20   a representative.

21        Q    What office was Mr. Donnelly in?

22        A    He was part of the 711th Human

23   Performance Wing at Wright-Patterson Air Force

24   Base in Dayton, Ohio.

25        Q    Did the Phase III SBIR have any
```

Klee Dienes
December 18, 2019                                                                    65

1     connection with the A2I office?

2          A     Yes.

3          Q     How so?

4          A     It was designed to support their

5     efforts, as well as those of the Strategic

6     Capabilities Office, and we were, what I would

7     call in the military, OPCON to the A2I office for

8     the day-to-day direction, administration of our

9     taskings.

10         Q     What's OPCON mean?

11         A     Operational --

12         Q     I don't mean what it stands for.  What

13    does it mean, practically speaking?

14         A     It means that we took our day-to-day

15    priorities of work from Colonel Herslow and his

16    delegates.

17         Q     Did the A2I provide any funding for the

18    Phase III SBIR?

19         A     I believe it did.

20         Q     Okay.  What does OPCON stand for?

21         A     Operational control.

22         Q     So the Phase III SBIR may technically

23    have been issued out of Wright-Patterson, and

24    Mr. Donnelly may have technically been your

25    contracting officer, but on a day-to-day or

```
 1   week-to-week basis, Colonel Herslow was the one
 2   that you took direction from?
 3        A    I would say -- I'm going to go back to
 4   the beginning of your question.  I would say that
 5   our contract was with the United States
 6   government, and specifically the contracting
 7   office at Wright-Patterson Air Force Base in Ohio,
 8   but that as you say, our day-to-day activities
 9   were controlled by Colonel Herslow, under the
10   supervision of Brian Donnelly.
11        Q    Okay.  And so when you sent in those
12   activity reports, did they go -- I think I said
13   you thought they went to Mr. Donnelly.  Did they
14   also go to Colonel Herslow?
15        A    I believe so, yes.
16        Q    How often did Hadron submit activity
17   reports under its Phase III SBIR?
18        A    Don't recall.
19        Q    Was it a condition of getting paid to
20   have submitted activity reports?
21        A    I would predict so.
22             MR. MACHADO:  Why don't we take a quick
23   break?
24             (Recess taken from 10:13 a.m. to
25   10:28 a.m.)
```

Klee Dienes
December 18, 2019                                    67

1    BY MR. MACHADO:

2         Q    Mr. Dienes, we are back on the record

3    after a short break.

4              Before we broke, we were talking about

5    the Phase III SBIR that was executed between

6    Hadron and the government on July 31st, 2014.

7              Do you recall that, sir?

8         A    Yes.

9         Q    And I think we agreed that one of the

10   tasks under that Phase III SBIR, or under task

11   orders issued under that SBIR, was for Hadron to

12   deliver an ACES system.

13             Do you remember that?

14        A    Say that one more time.  I apologize.

15        Q    Sure.  We had talked -- I think we

16   agreed that one of the tasks that Hadron undertook

17   was to deliver an ACES system with Photon and

18   Praxis, correct?

19        A    You say with reference to the task

20   order?

21        Q    Either under the contract or under a

22   task order.

23        A    Then yes.

24        Q    Was that a Mezzanine system?

25        A    No.

Klee Dienes
December 18, 2019                                    68

1          Q     What kind of system was it?

2          A     It was a ACES operating environment.

3          Q     Did it include Mezzanine, a Mezzanine

4    component?

5          A     I believe so, yes.

6          Q     What was the Mezzanine component?

7          A     I believe it was a -- either one or two

8    complete Mezzanine systems.

9          Q     Okay.  So it was one or two complete

10   Mezzanine systems with additional stuff that was

11   brought to bear by Hadron or its subcontractors?

12         A     Yes.

13         Q     Was that paid for by the SCO?

14         A     I believe so.

15         Q     Are there any -- any -- strike that.

16               Did the government designate Hadron as

17   the system integrator in that Phase III SBIR?

18         A     I would have to refer to the document.

19         Q     If I represent to you that that term

20   does not appear in the Phase III SBIR, would that

21   surprise you?

22         A     Mildly, but not overly for a prime --

23   or for an IDIQ.

24         Q     Okay.  And we talked before we broke

25   about -- or I think you testified before we broke

1    project.

2         Q    Okay.  Have you ever seen any document

3    referring to TEG as the system integrator for

4    ACES?

5         A    Have I seen -- I don't know.

6              It's -- I know I've seen documents that

7    say "solution architect," based on our previous

8    conversations.

9         Q    Okay.  Was there a kickoff meeting

10   under the SBIR contract?

11        A    I don't recall.

12        Q    Did Hadron's performance under its

13   Phase III SBIR require g-speak?

14        A    I believe so.

15        Q    Did it require Mezzanine?

16        A    I believe so.

17        Q    Did it require SIFT?

18        A    I don't recall.

19        Q    For a layperson, how would you describe

20   Praxis?

21        A    I would describe it as the collection

22   of technologies that supports 3-D, often 6-axis,

23   spatial interaction between humans and computers

24   and their environment.

25        Q    For a nonengineer, can you dumb it down

Klee Dienes
December 18, 2019                                    90

1    question is yes, but I think that I may be

2    misunderstanding the question, in that it already

3    supported a wand at that time.

4         Q    Was the contract that Hadron received

5    in July 31st, 2014, what we're calling the

6    Phase III SBIR, was that the first Phase III that

7    Hadron had received?

8         A    Yes.

9         Q    What is Photon, for the layperson?

10        A    Photon is the collection of

11   technologies that supports efficient sharing of

12   applications and displays between any number of

13   people across system boundaries and potentially

14   disadvantaged links.

15        Q    Can you have Photon without Praxis?

16        A    Yes.

17        Q    Can you have Praxis without Photon?

18        A    Yes.

19        Q    As of early September of 2014 in the

20   AAI lab, what was required of an individual if

21   they wanted to see a demo of Photon?

22        A    I believe they would have coordinated

23   with the A2I office, scheduled the demonstration,

24   and attended it.

25        Q    Who would have provided a demonstration

Klee Dienes
December 18, 2019                                    115

```
 1   environment and that it was our job to facilitate

 2   that.

 3        Q    Okay.  And how did Hadron facilitate

 4   that?

 5        A    By making the ACES-OE available to

 6   Mr. Greenberg and by creating provisions that

 7   would allow our ACES-OE to retrieve content from

 8   remote web interfaces that we understood were

 9   powered by the SIFT platform.

10        Q    Is SIFT a web-based tool?

11        A    All of our experiences with SIFT were

12   mediated through a web interface.

13        Q    You said that one of the things Hadron

14   did to -- in furtherance of what it understood was

15   the government's preference was to make the

16   ACES-OE available to Walt.

17             What did you mean by that?

18        A    So I'm remembering a very specific

19   demonstration, primarily based on a photograph I

20   have from it, where Walt was, I believe, wanted to

21   demo SIFT, or I should say, the government

22   probably wanted Walt to deliver -- or to demo SIFT

23   to representatives of the Army Geospatial Center.

24             I believe it was Mr. Kevin Doyle and

25   Mr. Andrew Woodward.  And so we, as Hadron, were
```

Klee Dienes
December 18, 2019                                        116

1    present to ensure that the ACES-OE was turned on

2    and that the network connectivity -- pardon me --

3    was functioning, and that the system was working

4    properly so that he was able to conduct that

5    demonstration.

6         Q    So Hadron's involvement in this

7    particular aspect of this particular demonstration

8    was to make sure its system was turned on and

9    operational in the first instance?

10        A    It's more than turned on and

11   operational, but to be in a support role to the

12   demonstration that Mr. Greenberg was conducting,

13   yes.

14        Q    And then Mr. Greenberg, then, accessed

15   his SIFT program, and it utilized the Hadron

16   screen so that the audience could see how it

17   worked?

18        A    I don't recall who originally started

19   up the windows.  My recollection is -- well, I

20   certainly recall Mr. Clare having access to the

21   SIFT interfaces and starting them up.  I believe

22   that we did, and I don't recall who would have

23   started them up for that individual demonstration.

24        Q    I'm not sure I follow.  I thought you

25   said you had a specific recollection about this

Klee Dienes
December 18, 2019                                                        117

```
 1    particular demonstration and Mr. Greenberg wanting
 2    to demo his SIFT.
 3              A       Yes.
 4              Q       And that Hadron made sure its ACES-OE
 5    system was up and running, and then Mr. Greenberg
 6    then demoed his SIFT?
 7              A       Yes.
 8              Q       Okay.  Did Mr. Demo -- did
 9    Mr. Greenberg demo Photon or Praxis during that
10    demonstration?
11              A       He made use of the features, but that
12    was not the substance of his presentation in that
13    demonstration, no.
14              Q       What do you mean he made use of the
15    features?
16              A       So our system, the ACES-OE, is designed
17    to allow composition of applications and
18    presentation of applications across a large set of
19    screens in a physical space.  And in the instance
20    we're discussing, Mr. Greenberg was demonstrating
21    application content provided by SIFT in that
22    space.
23              Q       Okay.  I want to make sure I understand
24    because, again, I'm not the technology guy in this
25    conversation.
```

1          A     Uh-huh.

2          Q     Mr. Greenberg's demoing his SIFT, but

3    he's using the bank of monitors that Hadron has --

4    utilizes in its Photon/Praxis system?

5          A     That's correct.

6          Q     Is there anything else that

7    Mr. Greenberg was doing, in terms of interacting

8    with the Photon/Praxis system, beyond the bank of

9    monitors?

10         A     If you use the word "banks of monitors"

11   to include banks, plural, of monitors, I would say

12   I don't believe so.

13         Q     Wall of monitors?

14         A     I would not agree with that, only in

15   that one of the more important things of what we

16   were doing was that we supported more than one set

17   of monitors.  I don't recall precisely which or

18   how many Mr. Greenberg would have used in that

19   demonstration.

20         Q     Okay.  On how many occasions was SIFT

21   demonstrated using Hadron's banks of monitors?

22               MR. FINN:  Objection.

23         A     In my presence?

24         Q     Again, I'm not asking you --

25         A     Not many.

1        Q        -- Mr. Dienes; I'm asking Hadron.

2        A        In the presence of and awareness of

3   Hadron, possibly three.

4        Q        Did Hadron object at the time to its

5   use of monitors for the demonstration of the SIFT

6   technology?

7        A        No.

8        Q        Did Hadron ever witness Mr. Greenberg

9   demonstrating Photon or Praxis's technology?

10       A        I don't recall.

11       Q        Did Hadron ever witness any ALQIMI

12   employee demonstrating Photon or Praxis's

13   technology?

14       A        Don't recall.

15       Q        Was Hadron aware of any demonstrations

16   of its Photon or Praxis technology that were

17   performed by any ALQIMI employee, including

18   Mr. Greenberg?

19       A        And here you're referring to specific

20   demonstrations?

21       Q        Demonstrations in the broadest sense of

22   the word demonstrations.

23       A        Then, yes.

24       Q        Tell me about that.

25       A        My understanding is that AAI invoiced

Klee Dienes
December 18, 2019                                    120

```
 1    the government for delivery of a 6-axis gestural
 2    control system that included Praxis and Photon.
 3         Q    Beyond that invoice, is Hadron aware of
 4    any demonstrations, in the broadest sense of the
 5    word, of its Photon and Praxis technologies that
 6    were performed or conducted by any ALQIMI
 7    employee, including but not limited to
 8    Mr. Greenberg?
 9         A    I would say that Hadron is not aware of
10    any demonstrations that I could cite with
11    specificity.
12         Q    Okay.
13         A    Correction. Let me amend that to I do
14    not presently recall any demonstrations that I
15    could cite with specificity.
16         Q    Well, today would be the day.  So...
17         A    There are many, many documents in
18    discovery and a lot has happened.
19         Q    Fair enough.
20              Who is Renee Lloyd?
21         A    I believe she was a contracted attorney
22    on behalf of Hadron.
23         Q    When you say "a contracted attorney,"
24    was she somebody that Hadron retained as an
25    attorney on legal issues?
```

Klee Dienes
December 18, 2019                                          139

1  proposals, or any contracts separate and apart

2  from a task order, that related to that ACES-OE

3  award?

4       A    The question is did we make any formal

5  requests for contracting documents or other

6  documents related to the award?

7       Q    You inserted the word "formal."  I

8  didn't mean formal requests.  I meant any efforts.

9  Did they engage in any efforts to obtain copies of

10 those documents?

11      A    No.

12           (AAI Exhibit 37 marked for

13 identification and attached to the transcript.)

14      Q    Mr. Dienes, I'm handing you what we've

15 marked as ALQIMI Exhibit 37.  Ask you to take a

16 look at that for a moment.  It is a lengthy

17 document.  I'm just going to have a couple quick

18 questions.

19      A    Sure.

20      Q    But page through it for a minute.

21      A    I don't plan to read it.  Since there

22 are multiple versions, I'm going to take a moment

23 to refresh my memory on which version I'm looking

24 at.

25      Q    Okay.  Mr. Dienes, you've had a chance

1    to quickly flip through what we've marked as

2    ALQIMI Exhibit 37?

3         A    I have.

4         Q    The first page of it is an email from

5    Mr. Clare to you dated September 24th, 2014.  And

6    then it references a bunch of attachments, and in

7    the body it says, "I know it's a lot.  Take a

8    look."  Then there's three ellipses.  "I think I

9    found the ParGov award."

10              Do you see that there?

11        A    I do.

12        Q    Okay.  So a few minutes ago we were

13   talking about when did you first see a document,

14   and I think you said, "Mr. Clare sent something to

15   me," and I think you said it was late August.

16              Is this what you were referring to when

17   you talked a few minutes ago?

18        A    Yes.

19        Q    Okay.  So prior to September 24th of

20   2014, had Hadron seen an actual copy of what

21   Mr. Clare I guess is calling the ParGov award?

22        A    I don't believe so, no.

23        Q    And as you flip through it -- well,

24   when Hadron received a copy of this email, did you

25   review the attachments?

Klee Dienes
December 18, 2019

141

1          A       To some level of detail, yes.

2          Q       When Hadron received this document on

3  or about September 24th, 2014 -- strike that.

4                  When Hadron received this email from

5  Mr. Clare on or about September 24th of 2014, did

6  you see that included in the attachments was a --

7  what appeared to be a Statement of Work?

8          A       I'm sure that I did, yes.

9          Q       Okay.  And did you see that, in that

10 Statement of Work that was sent to Hadron on or

11 about September 24th, 2014, it included a section

12 that you had drafted?

13         A       Yes.

14         Q       And then did you see that the email

15 sent to you on September 24, 2014, also included a

16 response by ParGov?

17         A       Yes.

18         Q       And did you see in the -- and that's

19 the document -- that's the response that starts at

20 page No. 18078?

21         A       And -- 1808.

22         Q       18078.

23         A       And let me restate my answer to the

24 ParGov question.  I think the correct answer is I

25 don't recall.

1    Q      You don't recall if you saw that what

2  Mr. Clare sent you included the actual ParGov

3  submission?

4    A      I am neither denying it nor directly

5  remembering whether or not it included the ParGov

6  submission.

7    Q      This was the first time Hadron was

8  seeing actual documents surrounding the contract

9  award that it first heard about on July 1st, 2014?

10   A      Yes.

11   Q      And sitting here today, it's your

12  testimony on behalf of Hadron that you don't have

13  a recollection of whether you actually reviewed

14  the ParGov submission that was sent to you by

15  Mr. Clare on September 24th?

16   A      I'm saying that I do not specifically

17  recall seeing this document in that email.

18   Q      Do you deny that the document was

19  attached to the email?

20   A      I do not.

21   Q      Okay.  If the document was attached to

22  the email, would it have been logical for someone

23  from Hadron to have reviewed the document?

24   A      It would have been very likely, yes.

25   Q      And would that likely person have been

Klee Dienes
December 18, 2019                                          143

1    you?

2          A     Yes.

3          Q     You just don't have that recollection

4    sitting here today?

5          A     Correct.

6          Q     Is it fair that if you look -- would

7    you agree with me that, if you look at the ParGov

8    response that begins on page 18078, if you then

9    turn to page 18084.

10         A     (The witness complies.)

11         Q     This is the section where PAR and

12   ALQIMI are proposing how they intend to deliver an

13   ACES-OE system; is that correct?

14         A     Yes.

15         Q     And in this section it says that

16   they'll work with Oblong, MCT, TEG, and Cisco on

17   that task?

18         A     Yes.

19         Q     And that -- going to the second

20   paragraph -- that Par/ALQIMI will install and

21   validate Oblong Industries' Mezzanine infopresence

22   environment?

23         A     Yes.

24         Q     And that going down a little bit

25   further, it says, "Par/ALQIMI will also install

1   and validate the Sluice environment, which

2   operates on the same platform as Mezzanine, but

3   has built-in development, data acquisition, and

4   dissemination capabilities"?

5        A     Yes.

6        Q     You would have seen all of that if you

7   had reviewed this document in or about

8   September 24, 2014?

9        A     Yes.

10       Q     You also see on page 18102 that this

11  appears to be a data rights matrix that was

12  submitted by ParGov?

13       A     Yes.

14       Q     And that Hadron was not one of the

15  entities that was included in this matrix?

16       A     That appears to be true.

17       Q     Turn to page 18077, please.

18       A     (The witness complies.)

19       Q     Do you see there's an email string that

20  begins on page 18077, and then you kind of have to

21  work your way backwards?

22       A     Yes.

23       Q     And take a minute and just skim it

24  quickly.  I'm not going to ask you to read it all,

25  or if I ask you specific questions I'll direct

Klee Dienes
December 18, 2019                                          150

```
 1              MR. FINN:  Objection.
 2      A    I would disagree that it specifies the
 3 reason.  It only states directly "that includes
 4 the data rights assertions."
 5      Q    Okay.  And then what we know is that we
 6 have Colonel Herslow responding after getting that
 7 email from Mr. Rodgers and saying, "I have
 8 attached the updated tech eval, stating that it is
 9 acceptable to the government," correct?
10      A    Yes.
11      Q    You can put those aside.  Actually,
12 keep the Mr. Clare email in front of you, please,
13 ALQIMI Exhibit 37.
14      A    Will do.
15      Q    When Hadron reviewed the documents
16 attached to Mr. Clare's email, did it at that
17 point conclude that ALQIMI had made any
18 misrepresentations in its proposal to the
19 government?
20      A    Conclude is a very specific term.  We
21 certainly became gravely concerned that in some
22 way the government had been misled.
23      Q    What was the grave concern that Hadron
24 had once it reviewed the attachments to
25 Mr. Clare's email?
```

1        Q     At this point Hadron was already

2    performing under the Phase III SBIR which had been

3    awarded on July 31st?

4        A     Yes.

5        Q     What was contemplated by the ACES-TS

6    contract?

7        A     My recollection is that it was for a

8    package of four full or near-to-full-time support

9    personnel, two of whom were to be primarily

10   technical in nature and two of whom were to be

11   primarily, I want to say administrative, but

12   non-technical in nature.

13       Q     And what were the four personnel to do?

14       A     They were to support the deployment of

15   and development of ACES systems.

16       Q     ACES systems installed by whom?

17       A     Installed by Hadron.

18       Q     What about any ACES systems installed

19   by somebody other than Hadron?

20       A     I would not have contemplated the

21   existence of such a thing, given the nature of our

22   relationships with the government.

23       Q     Did the scope of the contract

24   contemplate supporting the installation of Hadron

25   systems -- strike that.

1        Q      Did Hadron ever assert to Colonel

2   Herslow that ALQIMI had obtained the contract

3   through fraud?

4        A      Not that I can recall.

5        Q      Would you agree with the statement that

6   "Hadron and AAI worked alongside one another in

7   the lab" -- and "the lab," I mean the ALQIMI lab

8   -- "on a daily basis from August through

9   December 2014"?

10              MR. FINN:  Objection.

11       A      I could either agree or disagree with

12   that.

13              You said "on a daily basis"?

14       Q      Yes.

15       A      Then, no, I would disagree with that.

16       Q      And just to be clear, I didn't say you,

17   I said Hadron and ALQIMI worked alongside one

18   another.

19       A      I would disagree with that.

20       Q      Would you agree that demonstrations

21   performed in the, what I'll call "the ALQIMI lab,"

22   necessitated on-site conversations between Hadron

23   and ALQIMI staff?

24       A      You asked if I would agree with that?

25       Q      (Nonverbal response.)

1        Q     What was AAI's role during the Snake

2   Clark demonstration?

3        A     I don't recall.

4        Q     I've just identified five

5   demonstrations that occurred between, say,

6   August 1st and through the end of October.  Do you

7   recall, as you sit here today, other

8   demonstrations that occurred in the AAI lab that

9   occurred during that time frame?

10       A     Occurred during that time frame?  I

11  recall a multitude of demonstrations.  I would not

12  want to try to enumerate them without reference to

13  primary documents.

14       Q     If I take the time frame from

15  October 1st to late December when Hadron left the

16  lab, do you have any more specificity about

17  demonstrations that occurred beyond the five that

18  I've just talked to you about?

19       A     No.

20       Q     One of Hadron's allegations in this

21  case is that AAI improperly demonstrated Hadron's

22  goods, services, or commercial activities.

23             Do you have that understanding?

24       A     I do.

25       Q     When did AAI demonstrate Hadron's

1   goods, services, or commercial activities?

2        A     I don't believe I know the specific

3   times and places.

4        Q     My understanding is that sometime in

5   June of 2016 you were notified that your arrest

6   was being sought?

7        A     Yes.

8              MR. FINN:  Les, can we take an

9   after-lunch break?

10             MR. MACHADO:  A break?

11             MR. FINN:  Before you go into another

12  subject?

13             MR. MACHADO:  This is the last one, I

14  think.  So the end is near.

15             (Recess taken from 3:03 p.m. to

16  3:19 p.m.)

17  BY MR. MACHADO:

18       Q     Mr. Dienes, we are back on the record

19  after a short break.  I think where we left off I

20  was asking you about you being arrested in June of

21  2016.

22             It's my understanding that you were

23  notified that there was a warrant for your arrest?

24       A     Yes.

25       Q     And you then spoke with an FBI agent?