IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HADRON INDUSTRIES and KLEE DIENES )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRIANGLE EXPERIENCE GROUP, INC., et al )<br>)<br>Defendants. )<br>) | Civil No. 1:19-cv-35<br><br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the remaining parties' joint Stipulation of Dismissal. Dkt. 135. The parties have agreed to bear their own costs and fees and have stipulated terms of a settlement agreement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby **DISMISSED WITH PREJUDICE.**

It is **SO ORDERED.**

June 4, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge